IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01769-RBJ-CBS

DARRYL RICHMOND,

    Plaintiff,

v.

KEN GREENE, in his official capacity as Deputy Manager of Aviation for the Denver Department of Aviation and in his individual capacity,
CITY AND COUNTY OF DENVER,
ISS FACILITY SERVICES, INC., a corporation headquartered in Texas,
STEVE MASSA, in his capacity as a manager for ISS Facility Services, Inc. and in his individual capacity,
GREGORIA MATA, in his capacity as a manager for ISS Facility Services, Inc. and in his individual capacity, and
ONE OR MORE JOHN DOES,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **ten-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **September 17, 2012 at 9:00 a.m.**

    A Trial Preparation Conference is set for **August 31, 2012 at 1:30 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 2nd day of November, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge