IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01769-RBJ-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 16, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| DARRYL RICHMOND, | Anne Thomas Sulton |
| Plaintiff, | |
| v. | |
| KEN GREENE, in his official capacity as Deputy Manager of Aviation for the Denver Department of Aviation, and in his individual capacity, | Andrea J. Kershner
Joseph Michael Rivera
Christopher Owen Murray
Marianne Natalie Hallinan |
| CITY AND COUNTY OF DENVER, | |
| ISS FACILITY SERVICES, INC., a corporation headquatered in Texas, | |
| STEVE MASSA, in his capacity as a manager for ISS Facility Services, Inc., and in his individual capacity, and | |
| GREGORIO MATA, in his capacity as a manager for ISS Facility Services, Inc., and in his individual capacity, and One or More John Does, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in Session:   9:36 a.m.**
Court calls case. Appearances of counsel.

Parties address the court regarding their dispute related to the taking of depositions for three (3) City and County of Denver witnesses (Tim Greene, Sherry Gram and Matt Conway). There is a disagreement as to whether these depositions can be taken before a ruling denying the motion to amend the complaint, or the motion for qualified immunity, or the motion to stay discovery

pertaining to these witnesses has been entered.

Discussion between the court and the parties regarding the plaintiff's MOTION for Leave to Amend Plaintiff's Complaint (Docket No. 67, filed on 2/26/2012).  There is no opposition to this motion from any of the counsel for the defendants.

**ORDERED:**  The court **GRANTS** the plaintiff's MOTION for Leave to Amend Plaintiff's Complaint (Docket No. 67, filed on 2/26/2012).  The Second Amended Complaint is deemed filed as of **March 16, 2012**.

**ORDERED:**  The court advises the parties that between now and the **March 22, 2012** hearing, the parties shall figure out what deadlines will need to be adjusted.  The **March 22, 2012** Motion hearing will be converted to a Scheduling Conference.  Parties shall be prepared to come up with new deadlines that will work for them at this hearing.

HEARING CONCLUDED.

**Court in recess**:     **9:49 a.m.**
Total time in court:     00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.