## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01769-RBJ-CBS

**DARRYL RICHMOND**,

    Plaintiff,

v.

**KEN GREENE**, et al.

    Defendants.
_____

### ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS ISS FACILITY SERVICES, INC, STEVEN MASSA, AND GREGORIO MATA
_____

    Upon consideration of the joint motion for dismissal filed by Plaintiff Darryl Richmond, ISS Facility Services, Inc., Steven Massa, and Gregorio Mata, all claims against defendants ISS, Massa, and/or Mata are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: April 27, 2012

                                        BY THE COURT:

                                        _____
                                        R. Brooke Jackson
                                        United States District Judge