IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01769-RBJ-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 3, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                              *Counsel:*

DARRYL RICHMOND,                                            Anne Thomas Sulton

    Plaintiff,

v.

KEN GREENE,                                                          Andrea J. Kershner

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:    2:04 p.m.**
Court calls case. Appearances of counsel.

**ORDERED:**  The court **DENIES as MOOT** the defendant's MOTION to Dismiss (Docket No. 31, filed on 10/19/2012). The court **DENIES as MOOT** the defendant's MOTION to Dismiss Plaintiff's Amended Complaint Based on Qualified Immunity (Docket No. 33, filed on 10/24/2012). The court **DENIES as MOOT** the defendant's MOTION to Stay Discovery Based on Qualified Immunity (Docket No. 34, filed on 10/24/2012). The court **DENIES as MOOT** the defendant's MOTION to Set Aside #39 Clerk's Entry of Default (Docket No. 42, filed on 10/28/2012). The court **DENIES as MOOT** defendant's MOTION to Dismiss All Claims Against (Docket No. 54, filed on 12/1/2012). The court **DENIES as MOOT** plaintiff's MOTION to Strike #54 MOTION to Dismiss All Claims Against (Docket No. 56, filed on 12/2/2012). The court **DENIES as MOOT** plaintiff's MOTION for Entry of Default as to ISS Facility Services, Inc. and Steve Massa (Docket No. 83, filed on 4/7/2012). The court **DENIES as MOOT** defendant's MOTION to Dismiss #87 All Second Amended Complaint Claims Against Defendant Gregorio Mata (Docket No. 79, filed on 4/6/2012).

The court addresses the parties regarding plaintiff's MOTION to Dismiss #87 Plaintiff's Second Amended Complaint (ECF #67) Based on Qualified Immunity (Docket No. 81, filed on 4/6/2012), defendant's MOTION to Stay Discovery Based on Qualified Immunity (Docket No. 82, filed on 4/6/2012), plaintiff's RESPONSE to #82 MOTION to Stay Discovery Based on Qualified Immunity (Docket No. 99, filed on 4/30/2012). The defendant's reply to the plaintiff's RESPONSE to #82 MOTION to Stay Discovery Based on Qualified Immunity (Docket No. 99, filed on 4/30/2012) is due by May 14, 2012.

**ORDERED:**  A Motions hearing is set for **May 17, 2012 at 9:30 a.m.** at which time counsel shall be prepared to present oral argument to the court on both motions.

HEARING CONCLUDED.

**Court in recess**:    **2:10 p.m.**
Total time in court:    00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.