IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Bernique Abiakam         Date:  August 31, 2012
Court Reporter:     Kara Spitler

Civil Action No.: 11-cv-01769-RBJ-CBS

*Parties*:                                                        *Counsel*:

DARRYL RICHMOND,                                    Anne Thomas Sulton

     Plaintiff,

v.

KEN GREENE, et al.,                                       Andrea J. Kershner

     Defendants.

<span style="color:red">AMENDED</span> COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**1:34 p.m.      Court in Session.**

Hearing held in Chambers.

Court calls case.  Appearances of counsel and plaintiff.  The Court introduces staff present.

Discussion regarding upcoming trial.

Discussion regarding pending motions - Doc. Nos. 127, 81, and 111.

**ORDERED:   Defendants written response to Doc. No. 127 shall be limited to 5 pages.**

**ORDERED:   <span style="color:red">The Magistrate Judge's Recommendation Re: Doc. No. 81 (Filed 5/17/12; Doc. No. 105) is ADOPTED.  As per the recommendation, the Motion To Dismiss Plaintiff's Second Amended Complaint (ECF#67)</span>**

*11-cv-01769-RBJ*
*Trial Preparation Conference*
*August 31, 2012*

**Based On Qualified Immunity (Filed 4/6/12; Doc. No. 81) is GRANTED in Part and DENIED in PART, as specified.**

Discussion regarding trial setting, issues of the case, witnesses, exhibits, depositions, and jury instructions.

The Court states that counsel will do their own voir dire and that the case will be tried to a Jury of 7.

**2:22 p.m.     Court in Recess.**

Hearing concluded.

Total time:     00:48